ALFONSO RAE DAVIS, AND ALL OTHERS SIMILARLY
SITUATED v. NEW JERSEY STATE PAROLE BOARD.

LAWRENCE MARTIN AND WILLIAM GEORGE DOSS v. NEW
JERSEY STATE PAROLE BOARD.

January 20, 1988.

Petition for certification denied.